UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-202-1D
No. 5:12-CR-202-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERNEST WADE ARTIS | ) | |
| KATHY NETHERCUTT CONWAY | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Indictment and all other records in this matter be sealed pending the arrest of the named Defendants, except that copies be provided to the United States Attorney's Office for the Eastern District of North Carolina, the United States Attorney's Office in any other district where Defendants may be brought for their initial appearance, the Internal Revenue Service, the Harnett County Sheriff's Office, and any other law enforcement agency that may be called upon to assist in the arrest of the named defendants.

SO ORDERED.

This the 13 day of June, 2012.

United States Magistrate Judge